# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RONALD MADISON,              ) | |
| )                              | |
| Plaintiff,              ) | |
| )                              | |
| v.                           ) | 2:07-cv-01952-JEO |
| )                              | |
| AFNI, INC., FRANKLIN COLLECTION ) | |
| SERVICES, INC., and FORD MOTOR ) | |
| CREDIT CORPORATION,          ) | |
| )                              | |
| Defendants.              ) | |

## O R D E R

The above-styled action is before the court on the Joint Stipulation of Dismissal (doc. 21) with prejudice filed by the parties. Upon consideration of the matters presented in the Motion, and for good cause shown, it is **ORDERED** that the plaintiff's Complaint against the only remaining defendant, AFNI, Inc., in the above-styled action is hereby **DISMISSED WITH PREJUDICE**, with costs taxed as paid. This case is to be closed as the claims against the other defendants were previously dismissed by the plaintiff.

**DONE and ORDERED** this 24th day of April, 2008.

*/s/ Karon O. Bowdre*
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE